# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3331

_____

Hillmar I. Bittner,                        *
                                           *
              Appellant,                   *
                                           *
     v.                                    *
                                           *   Appeal from the United States
Michael Hatch, sued as Mike Hatch,         *   District Court for the
MN Attorney General; Peter M.              *   District of Minnesota.
Ackerberg, Asst. Attorney General;         *
Robert J. Goggins, 1st Dist. Judge;        *
Luann Burandt, Carver County               *   [UNPUBLISHED]
Social Services,                           *
                                           *
              Appellees.                   *

_____

Submitted: January 5, 2000
    Filed: January 14, 2000

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

        Hillmar I. Bittner appeals from the district court's[1] dismissal of his complaint on the basis of absolute judicial immunity and for failure to state a claim upon which relief

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

can be granted.  After de novo review, <u>see</u> <u>Ring v. First Interstate Mortgage, Inc.</u>, 984 F.2d 924, 926 (8th Cir. 1993), we conclude dismissal was proper for the reasons stated by the district court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.